**Robert Lee WILLIAMS,
Petitioner-Respondent,**

v.

**Nila Jeanne WILLIAMS,
Respondent-Appellant.**

**No. WD 36509.**

Missouri Court of Appeals,
Western District.

Aug. 20, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 1, 1985.

Application to Transfer Denied Nov. 21, 1985.

Thomas E. Hankins, Gladstone, for respondent-appellant.

James W. Van Amburg, Platte City, for petitioner-respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

### ORDER

PER CURIAM.

Respondent appeals the division of marital property by the trial court. The findings by the trial court are not clearly erroneous, no error of law appears, and an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).